IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:02CV10 |
| v. | ) ) | |
| DAVID C. GUENTHNER and JAY M. SAMUELSON, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

    Before the court is the Request for Transcript by a Non Party, Filing No. 167. After considering the matter,

    IT IS ORDERED:

    1.    The Request for Transcript (Filing No. 167) is granted, as outlined below.

    2.    The nonparty petitioner must contact court reporter Allan Kuhlman at (402) 661-7305 to make arrangements for the preparation and payment of the transcript.

    3.    The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 75.

    DATED this 11th day of September, 2009.

    BY THE COURT:

    s/ Joseph F. Bataillon
    Chief District Judge