IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DAVID C. GUENTHNER and JAY M. )<br>SAMUELSON,  )<br>)<br>Defendants.  ) | 8:02CV10<br><br>ORDER |

Before the court is the Request for Transcript by a Non-Party, Filing No. 174. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 174) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Rogene Schroder at (402) 661-7383 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 174.

DATED this 2nd day of December, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge